Official Form 1 (1/08)

| United States Bankruptcy Court<br>DISTRICT OF **NEW JERSEY** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Hoffman Floor Covering Co., Inc.,*<br>*a New Jersey Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *22-1690853-4* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*320 Mountain Avenue*<br>*Hackettstown NJ*<br>ZIPCODE *07840* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Warren* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  *Flooring*

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
**Check one box:**
- [x] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Official Form 1 (1/08)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Hoffman Floor Covering Co., Inc., a New Jersey Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____   *9/10/2009*
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | *Hoffman Floor Covering Co., Inc., a New Jersey Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

9/10/2009
(Date)

### Signature of Attorney*

**X** */s/ Robert A. Drexel, Esq.*
Signature of Attorney for Debtor(s)

*Robert A. Drexel, Esq. 6514*
Printed Name of Attorney for Debtor(s)

*Robert A. Drexel, Esq*
Firm Name

*Court House Towers*
Address

*39 Hudson Street, Suite 406*

*Hackensack NJ  07601*

*201-487-6000*
Telephone Number

*9/10/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Dennis Delillis*
Signature of Authorized Individual

*Dennis Delillis*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*9/10/2009*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re *Hoffman Floor Covering Co., Inc.*  
*a New Jersey Corporation*

Case No.  
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>NJ Division of Taxation<br>75 Veterans Memorial Dr. East<br>Suite 103<br>Somerville NJ   08876-2949 | Phone:<br>NJ Division of Taxation<br>75 Veterans Memorial Dr East<br>Somerville NJ   08876-2949 | State Sales Tax | | $ 1,300,000.00 |
| 2<br>NY State Dept. of Tax & Fin.<br>Tax Compliance Central Office<br>W A Harriman Campus<br>Albany NY   12227-0171 | Phone:<br>NY State Dept. of Tax & Fin.<br>Tax Compliance Central Office<br>W A Harriman Campus<br>Albany NY   12227-0171 | NY Sales Tax | | $ 427,482.83 |
| 3<br>Verde, Steinberg & Pontell<br>One Parker Plaza<br>Fort Lee NJ   07024 | Phone:<br>Verde, Steinberg & Pontell<br>One Parker Plaza<br>Fort Lee NJ   07024 | Legal/Professional Svcs | | $ 124,695.26 |
| 4<br>Patriot Flooring Supply Inc.<br>100 Alelxander Ave.<br>Pompton Plains NJ   07444 | Phone:<br>Patriot Flooring Supply Inc.<br>100 Alelxander Ave.<br>Pompton Plains NJ   07444 | Purchase of Inventory | | $ 79,564.21 |
| 5<br>Shaw Industries<br>PO Box 3305<br>Boston MA   02241 | Phone:<br>Shaw Industries<br>PO Box 3305<br>Boston MA   02241 | Purchase of Inventory | | $ 72,799.85 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Mohawk Industries, Inc.<br>PO Box 12069, S. Ind. Blvd.<br>Calhoun GA  30701 | Phone:<br>Mohawk Industries, Inc.<br><br>Calhoun GA  30701 | Purchase of Inventory | | $ 30,701.00 |
| 7<br>Natural Cork<br>1710 North Leg Ct.<br>Augusta GA  30909 | Phone:<br>Natural Cork<br>1710 North Leg Ct.<br>Augusta GA  30909 | Purchase of Inventory | | $ 25,879.00 |
| 8<br>Bressler, Amery & Ross<br>PO Box 1980<br>Morristown NJ  07962-0950 | Phone:<br>Bressler, Amery & Ross<br>PO Box 1980<br>Morristown NJ  07962-0950 | Legal/Professional | | $ 20,699.24 |
| 9<br>Karastan/Customweave<br>PO Box 12069 S. Ind. Blvd.<br>Calhoun GA  30701 | Phone:<br>Karastan/Customweave<br>PO Box 12069 S. Ind. Blvd.<br>Calhoun GA  30701 | Purchase of Inventory | | $ 17,016.35 |
| 10<br>Dal Tile Corp.<br>PO Box 13038<br>Newark NJ  07188 | Phone:<br>Dal Tile Corp.<br>PO Box 13038<br>Newark NJ  07188 | Purchase of Inventory | | $ 17,002.13 |
| 11<br>Carpet World<br>671 Route 17<br>Paramus NJ  07652 | Phone:<br>Carpet World<br>671 Route 17<br>Paramus NJ  07652 | Purchase of Inventory | | $ 16,080.90 |
| 12<br>All County Flooring Supply<br>125 Carolyn Blvd.<br>Farmingdale NY  11735-0230 | Phone:<br>All County Flooring Supply<br>125 Carolyn Blvd.<br>Farmingdale NY  11735-0230 | Purchase of Inventory | | $ 14,538.18 |
| 13<br>Fencsak, Kathy & Dave<br>53 Millbrook Rd.<br>Blairstown NJ  07825 | Phone:<br>Fencsak, Kathy & Dave<br>53 Millbrook Rd.<br>Blairstown NJ  07825 | Customer Deposits | | $ 12,343.13 |

B4 (Official Form 4) (12/07)   Case 09-33912-MBK    Doc 1    Filed 09/10/09    Entered 09/10/09 20:03:24    Desc Main
Document      Page 6 of 18

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Beaulieu Residential<br>Dept. 0896, PO Box 120896<br>Dallas TX   75312 | Phone:<br>Beaulieu Residential<br>Dept. 0896, PO Box 120896<br>Dallas TX   75312 | Purchase of Inventory | | $ 11,898.99 |
| 15<br>Michael Halebian & Co., Inc.<br>557 Washington Ave.<br>Carlstadt NJ   07072 | Phone:<br>Michael Halebian & Co., Inc.<br>557 Washington Ave.<br>Carlstadt NJ   07072 | Purchase of Inventory | | $ 8,411.85 |
| 16<br>Mohawk Tile & Marble<br>PO Box 12069, S. Ind. Blvd.<br>Calhoun GA   30701 | Phone:<br>Mohawk Tile & Marble<br>PO Box 12069, S. Ind. Blvd.<br>Calhoun GA   30701 | Purchase of Inventory | | $ 8,082.65 |
| 17<br>Vanderslice, Peter<br>54 E. 64th St., Apt. 815<br>New York NY   10065 | Phone:<br>Vanderslice, Peter<br>54 E. 64th St., Apt. 815<br>New York NY   10065 | Customer Deposits | | $ 8,000.00 |
| 18<br>Meinhold, Ken & Valerie<br>282 Andover Sparta Rd.<br>Newton NJ   07860 | Phone:<br>Meinhold, Ken & Valerie<br>282 Andover Sparta Rd.<br>Newton NJ   07860 | Customer Deposits | | $ 7,860.00 |
| 19<br>Oriental Weavers<br>3252 Dug Gap Rd SW<br>PO Box 1423<br>Dalton GA   30720 | Phone:<br>Oriental Weavers<br>3252 Dug Gap Rd SW<br>PO Box 1423<br>Dalton GA   30720 | Purchase of Inventory & Utilities | | $ 6,969.23 |
| 20<br>Lakeland Hills Family YMCA<br>100 Fanny Rd.<br>Mountain Lakes NJ   07046 | Phone:<br>Lakeland Hills Family YMCA<br>100 Fanny Rd.<br>Mountain Lakes NJ   07046 | Customer Deposits | | $ 6,525.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Dennis Delillis*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/10/2009*    Signature */s/ Dennis Delillis*
Name: *Dennis Delillis*
Title: *President*

B6F (Official Form 6F) (12/07)

In re _Hoffman Floor Covering Co., Inc._ ,    Case No. _____
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *ACD Custom Granite Inc.* *55 Camelot Dr.* *Farmingdale NJ 07727* | | *Purchase of Inventory* | | | | $ 207.50 |
| Account No: *Creditor # : 2* *All County Flooring Supply* *125 Carolyn Blvd.* *Farmingdale NY 11735-0230* | | *Purchase of Inventory* | | | | $ 14,538.18 |
| Account No: *Creditor # : 3* *American Express* *PO Box 1270* *Newark NJ 07101-1270* | | *Credit Card* | | | | $ 3,066.82 |
| Account No: *Creditor # : 4* *Appollo Dist. Co.* *128 Passaic Ave.* *Fairfield NJ 07004* | | *Purchase of Inventory* | | | | $ 578.55 |

_5_ continuation sheets attached

Subtotal $ | $ 18,391.05

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *Hoffman Floor Covering Co., Inc.*                    ,            Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 5* *AUSA Sanitation* *40 Deforest Avenue* *East Hanover NJ 07936* | | | *Garbage Removal in Two Locations* | | | | *$ 3,450.97* |
| Account No: *Creditor # : 6* *Banker Associates* *5 Hillside Avenue* *Tenafly NJ 07670* | | | *Accounting Fees/Professional Svcs* | | | | *$ 3,450.97* |
| Account No: *Creditor # : 7* *Bayard Sales* *PO Box 822609* *Philadelphia PA 19182-2609* | | | *Purchase of Inventory Payment Pl* | | | | *$ 4,610.00* |
| Account No: *Creditor # : 8* *Beaulieu Residential* *Dept. 0896, PO Box 120896* *Dallas TX 75312* | | | *Purchase of Inventory* | | | | *$ 11,898.99* |
| Account No: *Creditor # : 9* *Bressler, Amery & Ross* *PO Box 1980* *Morristown NJ 07962-0950* | | | *Legal/Professional* | | | | *$ 20,699.24* |
| Account No: *Creditor # : 10* *Carpet World* *671 Route 17* *Paramus NJ 07652* | | | *Purchase of Inventory* | | | | *$ 16,080.90* |

Sheet No. __1__ of __5__ continuation sheets attached to Schedule of    **Subtotal $**    *$ 60,191.07*
Creditors Holding Unsecured Nonpriority Claims                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re *Hoffman Floor Covering Co., Inc.* ,  Case No._____
   **Debtor(s)**  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 11 Citgo PO Box 2224 Birmingham AL 35246-0017* | | *Fuel for Vehicles* | | | | *$ 350.00* |
| Account No: *Creditor # : 12 Classic Ceramic Tile 122 Tices Lane East Brunswick NJ 08816* | | *Purchase of Inventory* | | | | *$ 5,417.68* |
| Account No: *Creditor # : 13 Dal Tile Corp. PO Box 13038 Newark NJ 07188* | | *Purchase of Inventory* | | | | *$ 17,002.13* |
| Account No: *Creditor # : 14 Dynamic Distinctions 799  Route 46 East Parsippany NJ 07054* | | *Advertising* | | | | *$ 2,033.03* |
| Account No: *Creditor # : 15 JJ Haines 6950 Aviation Blvd. Glen Burnie MD 21061-4985* | | *Purchase of Inventory* | | | | *$ 0.00* |
| Account No: *Creditor # : 16 Karastan/Customweave PO Box 12069 S. Ind. Blvd. Calhoun GA 30701* | | *Purchase of Inventory* | | | | *$ 17,016.35* |

Sheet No. __2__ of __5__ continuation sheets attached to Schedule of  **Subtotal $**    *$ 41,819.19*
Creditors Holding Unsecured Nonpriority Claims    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re *Hoffman Floor Covering Co., Inc.*                    ,    Case No. _____
               **Debtor(s)**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 17* *Knight Premium* *7500 4th Street* *Marrero LA 70072* | | | *Purchase of Inventory* | | | | *$ 1,036.94* |
| Account No: *Creditor # : 18* *Lakeland Hills Family YMCA* *100 Fanny Rd.* *Mountain Lakes NJ 07046* | | | *Customer Deposits* | | | | *$ 6,525.00* |
| Account No: *Creditor # : 19* *Living Word Fellowship* *51 N. Lincoln Ave.* *Washington NJ 07882* | | | *Customer Deposits* | | | | *$ 700.00* |
| Account No: *Creditor # : 20* *Metcom* *PO Box 5861* *Edison NJ 08837* | | | *Computer Network Services* | | | | *$ 802.50* |
| Account No: *Creditor # : 21* *Michael Halebian & Co., Inc.* *557 Washington Ave.* *Carlstadt NJ 07072* | | | *Purchase of Inventory* | | | | *$ 8,411.85* |
| Account No: *Creditor # : 22* *Mohawk Industries, Inc.* *PO Box 12069, S. Ind. Blvd.* *Calhoun GA 30701* | | | *Purchase of Inventory* | | | | *$ 30,701.00* |

Sheet No.  3  of   5  continuation sheets attached to Schedule of    **Subtotal $**    *$ 48,177.29*
Creditors Holding Unsecured Nonpriority Claims                       **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Hoffman Floor Covering Co., Inc._ , Case No. _____
**Debtor(s)** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 23*<br>*Mohawk Tile & Marble*<br>*PO Box 12069, S. Ind. Blvd.*<br>*Calhoun GA 30701* | | *Purchase of Inventory* | | | | *$ 8,082.65* |
| Account No:<br>*Creditor # : 24*<br>*MSC Enterprises*<br>*22 South Hope Chapel Rd.*<br>*Jackson NJ 08527* | | | | | | *$ 1,400.00* |
| Account No:<br>*Creditor # : 25*<br>*Natural Cork*<br>*1710 North Leg Ct.*<br>*Augusta GA 30909* | | *Purchase of Inventory* | | | | *$ 25,879.00* |
| Account No:<br>*Creditor # : 26*<br>*NJ Natural Gas*<br>*PO Box 1378*<br>*Belmar NJ 07719* | | *Utility Services* | | | | *$ 1,180.07* |
| Account No:<br>*Creditor # : 27*<br>*Oriental Weavers*<br>*3252 Dug Gap Rd SW*<br>*PO Box 1423*<br>*Dalton GA 30720* | | *Purchase of Inventory & Utilities* | | | | *$ 6,969.23* |
| Account No:<br>*Creditor # : 28*<br>*Patriot Flooring Supply Inc.*<br>*100 Alelxander Ave.*<br>*Pompton Plains NJ 07444* | | *Purchase of Inventory* | | | | *$ 79,564.21* |

Sheet No. __4__ of __5__ continuation sheets attached to Schedule of     **Subtotal $**     *$ 123,075.16*
Creditors Holding Unsecured Nonpriority Claims     **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *Hoffman Floor Covering Co., Inc.*                    , Case No. _____
       **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 29 Porcelanosa, New Jersey 600 Route 17 North Ramsey NJ 07446* | | | *Purchase of Inventory* | | | | *$ 5,544.39* |
| Account No: *Creditor # : 30 R. Lawson 812 Donegal Ct. Toms River NJ 08753* | | | *Garbage Removal in Two Locations* | | | | *$ 3,851.40* |
| Account No: *Creditor # : 31 Sharp Electronics PO Box 757535 Philadelphia PA 19175-7535* | | | *Copier Maintenance Contract* | | | | *$ 1,800.82* |
| Account No: *Creditor # : 32 Shaw Industries PO Box 3305 Boston MA 02241* | | | *Purchase of Inventory* | | | | *$ 72,799.85* |
| Account No: *Creditor # : 33 Spencer Building Associates PO Box 467 New Vernon NJ 07976-0467* | | | | | | | *$ 340.00* |
| Account No: *Creditor # : 34 Verde, Steinberg & Pontell One Parker Plaza Fort Lee NJ 07024* | | | *Legal/Professional Svcs* | | | | *$ 124,695.26* |

Sheet No. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 209,031.72*

Total $ *$ 500,685.48*
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re *Hoffman Floor Covering Co., Inc.,*            Case No.
   *a New Jersey Corporation*                                Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Robert A. Drexel, Esq.*

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____                           */s/ Dennis Delillis*
                                                               Debtor

```
ACD Custom Granite Inc.            Beautiful Residential          Costello, Eloise
55 Camelot Dr.                     Dept. 0896, PO Box 120896      8216 Warrens Way
Farmingdale, NJ  07727             Dallas, TX  75312              Wanaque, NJ  07465


All County Flooring Supply         Bohrer, Donna                  Dal Tile Corp.
125 Carolyn Blvd.                  133 East Prospect St.          PO Box 13038
Farmingdale, NY  11735-0230        Hackettstown, NJ  07840        Newark, NJ  07188


Alpine Leasing/Martin Leasing      Bressler, Amery & Ross         Dandrea. Liz
23607 Hwy 99, #1F                  PO Box 1980                    41 Puffed Grouse
Edmonds, WA  98026                 Morristown, NJ  07962-0950     Hackettstown, NJ  07840


American Express                   Bunnell, Rick and Sara         De Lage Landen Fin Svcs Inc.
PO Box 1270                        61 Union Street                1111 Old Eagle School Rd.
Newark, NJ  07101-1270             Rockaway, NJ  07866-0098       Wayne, PA  19087-1453


Andrews, Debbie                    Carmeci, Jim and Debbie        Degennaro, Gus
752 Backhus Estate Rd.             523 West Valley View Ave.      11 William Way
Glen Gardner, NJ  08826            Hackettstown, NJ  07840        Long Valley, NJ  07853


Appollo Dist. Co.                  Carpet World                   Dell Financial Services, LP
128 Passaic Ave.                   671 Route 17                   One Dell Way
Fairfield, NJ  07004               Paramus, NJ  07652             Round Rock, TX  78682


Atlantic Management                Citgo                          Dennis De Lellis
201 Rt. 10 @ Hillside Ave.         PO Box 2224
Gladstone, NJ  07934               Birmingham, AL  35246-0017


AUSA Sanitation                    Clairmont Cadillac Corp.       Dillgenz, Inc.
40 Deforest Avenue                 220 Bloomfield Ave.            6500 Harbour Heights Pkwy
East Hanover, NJ  07936            Caldwell, NJ  07006            Suite 400
                                                                  Mukilteo, WA  98275


Axelbar, Inc. c/o Paul Axelrod     Classic Ceramic Tile           Dynamic Distinctions
9200 Ferncliff Ave., NE            122 Tices Lane                 799 Route 46 East
Bainbridge Islan, WA  98110        East Brunswick, NJ  08816      Parsippany, NJ  07054


Banker Associates                  Commerce Bank                  Federico, Joseph
5 Hillside Avenue                  1701 Rte. 70 East              2 Weybourne Lane
Tenafly, NJ  07670                 Cherry Hill, NJ  08034         Belvidere, NJ  07823


Bayard Sales                       Cornetta, Melodi               Fencsak, Kathy & Dave
PO Box 822609                      5 Lawrence Trail               53 Millbrook Rd.
Philadelphia, PA  19182-2609       Port Murray, NJ  07865         Blairstown, NJ  07825
```

| | | |
|---|---|---|
| Forbrey, Kathryne<br>22 Main Street<br>Flanders, NJ  07836 | James Weathersby | Massaro, Paula<br>11 Sharon Dr.<br>East Hanover, NJ  07936 |
| Germain, Laurie<br>13 Old Orchard Rd.<br>Morristown, NJ  07960 | JJ Haines<br>6950 Aviation Blvd.<br>Glen Burnie, MD  21061-4985 | Meinhold, Ken & Valerie<br>282 Andover Sparta Rd.<br>Newton, NJ  07860 |
| Greenbaum, Rowe et al.<br>Attn:  Kevin T. McNamara, Esq.<br>PO Box 5600<br>Woodbridge, NJ  07095 | Karastan/Customweave<br>PO Box 12069 S. Ind. Blvd.<br>Calhoun, GA  30701 | Metcom<br>PO Box 5861<br>Edison, NJ  08837 |
| Harrison, Rick<br>6234 Sullivan Trail<br>Nazareth, PA  18064 | Kearny, Ken & Karen<br>69 Castle Rock Rd.<br>Lake Hopatcong, NJ  07849 | Michael Halebian & Co., Inc.<br>557 Washington Ave.<br>Carlstadt, NJ  07072 |
| Herms, Sally<br>38 Ranney Rd.<br>Long Valley, NJ  07853 | Knight Premium<br>7500 4th Street<br>Marrero, LA  70072 | Modern Handling Equpment<br>75 New Street<br>Edison, NJ  08837 |
| Hoboken Flooring LLC<br>70 Demarest Drive<br>Wayne, NJ  07470 | Lakeland Hills Family YMCA<br>100 Fanny Rd.<br>Mountain Lakes, NJ  07046 | Mohawk Industries, Inc.<br>Calhoun, GA  30701 |
| Hodierne, Lisa<br>213 Washington St.<br>Hackettstown, NJ  07840 | Living Word Fellowship<br>51 N. Lincoln Ave.<br>Washington, NJ  07882 | Mohawk Industries, Inc.<br>PO Box 12069, S. Ind. Blvd.<br>Calhoun, GA  30701 |
| Hoech, Beverly & Steve<br>9 The Trail<br>Hackettstown, NJ  07840 | LoPone, Mary<br>15 McGregor Ave.<br>Mount Arlington, NJ  07856 | Mohawk Tile & Marble<br>PO Box 12069, S. Ind. Blvd.<br>Calhoun, GA  30701 |
| Huelsenbeck, Roger<br>54 East New St.<br>Port Murray, NJ  07865 | Lucchetto, Diane<br>50 Avalon Way<br>Waretown, NJ  08758 | Moreno, Sarah<br>6 Parkview Dr.<br>Hackettstown, NJ  07840 |
| Hunter Roberts Constr. Group<br>1 Hanson Place<br>Brooklyn, NY  11243 | Maddalone, Gina<br>64 Whitmore Dr.<br>Toms River, NJ  08755 | MSC Enterprises<br>22 South Hope Chapel Rd.<br>Jackson, NJ  08527 |
| James D. Weathersby<br>12 Sunrise Drive<br>Parsippany, NJ  07054 | Martin, Ralph<br>103 Broad St.<br>Washington, NJ  07882 | Murrray, Pat<br>4 Ramsey Way<br>Hackettstown, NJ  07840 |

| | | |
|---|---|---|
| Natural Cork<br>1710 North Leg Ct.<br>Augusta, GA  30909 | Ricciardi, Jeanette<br>32 Cleveland Lane<br>Rockaway, NJ  07866-0098 | True, Kyle<br>438 Drakestown Rd.<br>Long Valley, NJ  07853 |
| New York State Tax<br>Tax Compliance Central Office<br>W A Harriman Campus<br>Albany, NY  12227-0171 | Ronald J. Nelson, Esq., PC<br>161 Washington Valley Rd.<br>Suite 207<br>Warren, NJ  07059 | Vanderslice, Peter<br>54 E. 64th St., Apt. 815<br>New York, NY  10065 |
| NJ Division of Taxation<br>75 Veterans Memorial Dr East<br>Somerville, NJ  08876-2949 | Rose, Denise<br>31 Vista Dr.<br>Flanders, NJ  07836 | Verde, Steinberg & Pontell<br>One Parker Plaza<br>Fort Lee, NJ  07024 |
| NJ Division of Taxation<br>75 Veterans Memorial Dr. East<br>Suite 103<br>Somerville, NJ  08876-2949 | Self, Bob & Evelyn<br>1 Woodfield Rd.<br>Andover, NJ  07821 | Vespoli, Celenia<br>104 Beacon Hill Rd.<br>Califon, NJ  07830 |
| NJ Natural Gas<br>PO Box 1378<br>Belmar, NJ  07719 | Severini, Mark & Mikhele<br>9 Hillcrest Dr.<br>Great Meadows, NJ  07838 | Werner, Steve & Cathy<br>27 Quail Run<br>Long Valley, NJ  07853 |
| Oriental Weavers<br>3252 Dug Gap Rd SW<br>PO Box 1423<br>Dalton, GA  30720 | Sharp Business World<br>c/o De Lange Landen<br>1111 Old Eagle School Rd.<br>Wayne, PA  19087-1453 | Yanofchick, Raymond<br>36 Clover Hill Drive<br>Califon, NJ  07830 |
| Patriot Flooring Supply Inc.<br>100 Alelxander Ave.<br>Pompton Plains, NJ  07444 | Sharp Electronics<br>PO Box 757535<br>Philadelphia, PA  19175-7535 | Zimmer, Ellen<br>51 Ridge Ave.<br>Blairstown, NJ  07825 |
| Porcelanosa, New Jersey<br>600 Route 17  North<br>Ramsey, NJ  07446 | Shaw Industries<br>PO Box 3305<br>Boston, MA  02241 | |
| R. Lawson<br>812 Donegal Ct.<br>Toms River, NJ  08753 | Spencer Building Associates<br>PO Box 467<br>New Vernon, NJ  07976-0467 | |
| Reeder, Regina<br>962 West 6th St.<br>Plainfield, NJ  07063-1707 | Suplicki, John & Susan<br>PO  Box 137<br>    07897 | |
| Reggiani, Jim & Sharon<br>903 E. Prospect St.<br>Hackettstown, NJ  07840 | Sylvester, Pam<br>29 Old Pond Lane<br>Andover, NJ  07821 | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re *Hoffman Floor Covering Co., Inc.*  
   *a New Jersey Corporation*

Case No.  
Chapter *11*

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Dennis Delillis is President of Hoffman Floor Covering Co., Inc., a corporation. On the following resolution was duly adopted by the of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Dennis Delillis, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Dennis Delillis, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Dennis Delillis, President of this corporation, be and hereby is, authorized and directed to employ Robert A. Drexel, Esq., Attorney and the law firm of Robert A. Drexel, Esq, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Dennis Delillis, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____  Signature  */s/ Dennis Delillis*  
                                                          Dennis Delillis  
                                                          President